B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**William C. Meredith Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all):    **58-0349370** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**P.O. Box 90730**<br>**East Point, GA**<br>ZIPCODE **30364** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Fulton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)         Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**William C. Meredith Company, Inc.** ||
|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)      Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.<br>
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**<br>
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____<br>
(Name of landlord that obtained judgment)

_____<br>
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)            Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**William C. Meredith Company, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
**Philip L. Pleska**

Georgia Bar # 581850

2550 Heritage Ct. S.E., Ste 200

Atlanta, GA 30339

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *David Scott Schneider* (signed)
Signature of Authorized Individual

**David Scott Schneider**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

_____
Date

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Northern District of Georgia

IN RE: William C. Meredith Company, Inc.
Debtor(s)

Case No. _____
Chapter 11

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| KMG Bernuth<br>P.O. Box 934439<br>Atlanta, GA 31193-4439 | | Trade debt | | 80,693.59 |
| Blue Cross Blue Shield Of Georgia<br>P.O. Box 406750<br>Atlanta, GA 30384-6750 | | Insurance | | 18,405.01 |
| Bank Of America<br>P.O. Box 15220<br>Wilmington, DE 19886-5220 | | | | 11,000.00<br>Collateral:<br>0.00<br>Unsecured:<br>11,000.00 |
| Boiler Supply Company Of Georgia<br>P.O. Box 40225<br>Nashville, TN 37204-0225 | | Trade debt | | 3,776.43 |
| Action Tire Co.<br>410 Lees Mill Road<br>Forest Park, GA 30297 | | Trade debt | | 2,779.24 |
| Watermen, Inc.<br>P.O. Box 1020<br>Kennesaw, GA 30144 | | Trade debt | | 1,029.99 |
| McMaster-Carr Supply Company<br>P.O. Box 7690<br>Chicago, IL 60680-7690 | | Trade debt | | 724.86 |
| CBeyond Communications<br>P.O. Box 406815<br>Atlanta, GA 30384-6815 | | Trade debt | | 651.98 |
| Nexair<br>P.O. Box 125<br>Memphis, TN 38101-0125 | | Trade debt | | 293.89 |
| GK Services<br>P.O. Box 677057<br>Dallas, TX 75267-7057 | | Trade debt | | 214.07 |
| Wiggins Scale Company<br>3800 Camp Creek Pakrway<br>Building 2600, Suite 102<br>Atlanta, GA 30331 | | Trade debt | | 188.00 |
| Michelle Thompson<br>1312 Jefferson Avenue<br>East Point, GA 30344 | | | Disputed | 1.00 |
| Jeremy Allegood<br>1463 Wadley Avenue<br>East Point, GA 30344 | | | Disputed | 1.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Status | Amount |
|---|---|---|
| Kristen Allegood<br>1463 Wadley Avenue<br>East Point, GA 30344 | Disputed | 1.00 |
| Shaun Amos<br>1301 Spencer Avenue<br>East Point, GA 30344 | Disputed | 1.00 |
| Virginia Banister<br>1896 Grove Avenue<br>East Point, GA 30344 | Disputed | 1.00 |
| Suzanne Baugh<br>1014 Winburn Drive<br>East Point, GA 30344 | Disputed | 1.00 |
| Robert Bitterman<br>2162 Delowe Drive<br>East Point, GA 30344 | Disputed | 1.00 |
| Sandra Braswell<br>2361 Lumpkin Street<br>East Point, GA 30344 | Disputed | 1.00 |
| Mitchell Bright<br>2458 W. Woodland Circle<br>East Point, GA 30344 | Disputed | 1.00 |
| Brian Carver<br>2475 Jefferson Terrace<br>East Point, GA 30344 | Disputed | 1.00 |
| Thomas Dean<br>1449 Wadley Avenue<br>East Point, GA 30344 | Disputed | 1.00 |
| Jennifer Denning<br>2434 Constance Street<br>East Point, GA 30344 | Disputed | 1.00 |
| Dustin Drabot<br>2267 Newnan Street<br>East Point, GA 30344 | Disputed | 1.00 |
| Ruth Fleming<br>1362 Bryan Avenue<br>East Point, GA 30344 | Disputed | 1.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _____   Signature: _____

David Scott Schneider, President

(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Northern District of Georgia

IN RE:  William C. Meredith Company, Inc.
_____
Debtor(s)

Case No. _____

Chapter 11

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| KMG Bernuth<br>P.O. Box 934439<br>Atlanta, GA  31193-4439 | | Trade debt | | 80,693.59 |
| Blue Cross Blue Shield Of Georgia<br>P.O. Box 406750<br>Atlanta, GA  30384-6750 | | Insurance | | 18,405.01 |
| Bank Of America<br>P.O. Box 15220<br>Wilmington, DE  19886-5220 | | | | 11,000.00<br>Collateral:<br>0.00<br>Unsecured:<br>11,000.00 |
| Boiler Supply Company Of Georgia<br>P.O. Box 40225<br>Nashville, TN  37204-0225 | | Trade debt | | 3,776.43 |
| Action Tire Co.<br>410 Lees Mill Road<br>Forest Park, GA  30297 | | Trade debt | | 2,779.24 |
| Waterman, Inc.<br>P.O. Box 1028<br>Kennesaw, GA  30144 | | Trade debt | | 1,029.36 |
| McMaster-Carr Supply Company<br>P.O. Box 7690<br>Chicago, IL  60680-7690 | | Trade debt | | 724.86 |
| CBeyond Communications<br>P.O. Box 406815<br>Atlanta, GA  30384-6815 | | Trade debt | | 651.98 |
| Nexair<br>P.O. Box 125<br>Memphis, TN  38101-0125 | | Trade debt | | 293.88 |
| GK Services<br>P.O. Box 677057<br>Dallas, TX  75267-7057 | | Trade debt | | 214.07 |
| Wiggins Scale Company<br>3600 Camp Creek Pakrway<br>Building 2600, Suite 102<br>Atlanta, GA  30331 | | Trade debt | | 155.00 |
| Michelle Thompson<br>1312 Jefferson Avenue<br>East Point, GA  30344 | | | Disputed | 1.00 |
| Jeremy Allegood<br>1463 Wadley Avenue<br>East Point, GA  30344 | | | Disputed | 1.00 |

| Name / Address | Status | Amount |
|---|---|---|
| Kristen Allsgood<br>1463 Wadley Avenue<br>East Point, GA 30344 | Disputed | 1.00 |
| Shaun Amos<br>1301 Spencer Avenue<br>East Point, GA 30344 | Disputed | 1.00 |
| Virginia Banister<br>1896 Grove Avenue<br>East Point, GA 30344 | Disputed | 1.00 |
| Suzanne Baugh<br>1014 Winburn Drive<br>East Point, GA 30344 | Disputed | 1.00 |
| Robert Bitterman<br>2162 Delowe Drive<br>East Point, GA 30344 | Disputed | 1.00 |
| Sandra Braswell<br>2361 Lumpkin Street<br>East Point, GA 30344 | Disputed | 1.00 |
| Mitchell Bright<br>2456 W. Woodland Circle<br>East Point, GA 30344 | Disputed | 1.00 |
| Brian Carver<br>2475 Jefferson Terrace<br>East Point, GA 30344 | Disputed | 1.00 |
| Thomas Dean<br>1449 Wadley Avenue<br>East Point, GA 30344 | Disputed | 1.00 |
| Jennifer Denning<br>2434 Constance Street<br>East Point, GA 30344 | Disputed | 1.00 |
| Dustin Drabot<br>2267 Newnan Street<br>East Point, GA 30344 | Disputed | 1.00 |
| Ruth Fleming<br>1352 Bryan Avenue<br>East Point, GA 30344 | Disputed | 1.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation][or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _____  Signature: _____

Cleveland G. Meredith, Chairman

(Print Name and Title)

William C. Meredith Company, Inc.
P.O. Box 90730
East Point, GA  30364

Donald D. J. Stack, Esq.
C. Cooper Knowles, Esq.
260 Peachtree Street, Ste. 1200
Atlanta, GA  30303

Mitchell Bright
2458 W. Woodland Circle
East Point, GA  30344

Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, AL  35203-3301

Dustin Drabot
2267 Newnan Street
East Point, GA  30344

Nexair
P.O. Box 125
Memphis, TN  38101-0125

Action Tire Co.
410 Lees Mill Road
Forest Park, GA  30297

GK Services
P.O. Box 677057
Dallas, TX  75267-7057

Robert B. Jackson, IV
Robert B. Jackson, IV, LLC
260 Peachtree Street, Ste. 2200
Atlanta, GA  30303

Adam P. Princenthal, Esq.
Princenthal & May, LLC
5901 A Peachtree Dunwoody Road
Sandy Springs, GA  30328

Jennifer Denning
2434 Constance Street
East Point, GA  30344

Robert Bitterman
2162 Delowe Drive
East Point, GA  30344

Bank Of America
P.O. Box 15220
Wilmington, DE  19886-5220

Jeremy Allegood
1463 Wadley Avenue
East Point, GA  30344

Ruth Fleming
1362 Bryan Avenue
East Point, GA  30344

Blue Cross Blue Shield Of Georgia
P.O. Box 406750
Atlanta, GA  30384-6750

Kevin A. Adamson, Esq.
Adamson & Cleveland, LLC
4295 International Blvd. Ste. D
Norcross, GA  30093

Sandra Braswell
2361 Lumpkin Street
East Point, GA  30344

Boiler Supply Company Of Georgia
P.O. Box 40225
Nashville, TN  37204-0225

KMG Bernuth
P.O. Box 934439
Atlanta, GA  31193-4439

Shaun Amos
1301 Spencer Avenue
East Point, GA  30344

Brian Carver
2475 Jefferson Terrace
East Point, GA  30344

Kristen Allegood
1463 Wadley Avenue
East Point, GA  30344

Suzanne Baugh
1014 Winburn Drive
East Point, GA  30344

Carlock, Copeland & Stair, LLP
191 Peachtree Street NE, Ste. 3600
Atlanta, GA  30303-1740

McMaster-Carr Supply Company
P.O. Box 7690
Chicago, IL  60680-7690

Thomas Dean
1449 Wadley Avenue
East Point, GA  30344

CBeyond Communications
P.O. Box 406815
Atlanta, GA  30384-6815

Michelle Thompson
1312 Jefferson Avenue
East Point, GA  30344

Virginia Banister
1896 Grove Avenue
East Point, GA  30344

Watermen, Inc.
P.O. Box 1020
Kennesaw, GA 30144


Wiggins Scale Company
3800 Camp Creek Pakrway
Building 2600, Suite 102
Atlanta, GA 30331

## CORPORATE RESOLUTION OF
## WILLIAM C. MEREDITH COMPANY, INC.

I, the undersigned, hereby certify that I am the president of William C. Meredith Company, Inc. ("Corporation"), a corporation duly organized and existing under the laws of the State of Georgia. The following is a true copy of a resolution duly adopted by the Board of Directors of the Corporation at a meeting duly held on the 15 day of April, 2014, at which a quorum was present; and such resolution has not been rescinded or modified.

RESOLVED: The Corporation duly authorizes David Scott Schneider to execute all documents required for the filing of a Chapter 11 bankruptcy petition and plan of reorganization. The Firm of Benton & Centeno, LLP and the Georgia firm of Pleska Law Group, LLC both shall be and hereby are employed as counsel for the Corporation in connection with the prosecution of the Corporation's case under Chapter 11 of the Bankruptcy Code.

Further, said law firms are authorized to prepare (or cause to be prepared), execute and file (or cause to be filed) any and all petitions, schedules, motions, lists, applications, pleadings and other papers, to take any and all such other and further actions deemed necessary or appropriate in connection with the filing of the voluntary petition for relief under Chapter 11, including, but not limited to, motions to obtain the use of cash collateral, and to take and perform any and all further acts and deeds deemed necessary, property or desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case.

The Corporation is hereby authorized to pay all fees and expenses incurred by it or for its account in connection with the actions approved in any or all of the foregoing Resolutions, and all actions related thereof.

I further certify that there is no provision in the Charter or By-laws of the Corporation

limiting the power of the Board of Directors to pass the foregoing Resolution and that the same is in conformity with the provisions of its Charter and By-laws.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the said Corporation this 15 day of April, 2014.

*[signature]*
DAVID SCOTT SCHNEIDER
President of William C. Meredith Company, Inc.