

**IT IS ORDERED as set forth below:**

**Date: June 25, 2014**

_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 14-57671-BEM |
| WILLIAM C. MEREDITH COMPANY, INC., | |
| Debtor. | CHAPTER 11 |

### ORDER AND NOTICE FIXING TIME WITHIN WHICH
### PROOFS OF CLAIM MUST BE FILED

Upon application by the debtor herein, and pursuant to Bankruptcy Rule 3003(c)(3), and it appearing that the debtor has filed a list of creditors and equity security holders pursuant to Bankruptcy Rule 1007, it is hereby

ORDERED AND NOTICE IS HEREBY GIVEN that the Court fixes **August 11, 2014** (the "Bar Date"), as the last day on which any entity, including without limitation, individuals, partnerships, corporations, estates, trustees and governmental units, may file a timely proof of claim or interest in this case. The term "claim", defined

in 11 U.S.C. §101(5), includes those secured by an interest in Debtor's property or property of the estate and may include claims arising from the rejection of an executory contract or unexpired lease.

PLEASE TAKE FURTHER NOTICE that any such proof of claim or interest shall be filed with:

> Clerk, U.S. Bankruptcy Court
> 1340 U.S. Courthouse
> 75 Spring Street, S.W.
> Atlanta, Georgia 30303-3367

A proof of claim will be deemed timely filed only if it is actually received by the Clerk's Office, whether in paper or electronic form, on or before the Bar Date. Any creditor or party-in-interest with questions concerning the Debtor's bankruptcy schedules and the classification of claims therein should contact their attorney.

PLEASE TAKE FURTHER NOTICE THAT ALL ENTITIES FAILING TO FILE A PROOF OF CLAIM OR INTEREST ON OR BEFORE THE BAR DATE MAY BE FOREVER BARRED FROM (A) ASSERTING A CLAIM AGAINST, OR INTEREST IN, THE DEBTOR, THE DEBTOR'S PROPERTY OR THE BANKRUPTCY ESTATE AND (B) VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY CONFIRMED PLAN OF REORGANIZATION, except that the following entities need not file a proof of claim or interest:

(1) Any entity that has already properly filed a proof of claim or interest with the Clerk of this Court; and

(2) Any entity with a claim or interest listed in Debtor's Schedules in an amount and in a classification satisfactory to that entity and not designated in the Schedules as disputed, contingent or unliquidated.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1111(a) of the Bankruptcy Code, 11 U.S.C. §1111(a), a proof of claim or interest is deemed filed for any claim that appears in the Debtor's Schedules, except any claim or interest that is scheduled as disputed, contingent or unliquidated as to amount. Debtor's Schedules may be examined during normal business hours at the office of the Clerk, U.S. Bankruptcy Court, whose address appears above. Debtor's Schedules may be found at http://pacer.psc.uscourts.gov/. An entity planning to rely on the Schedules is responsible for reviewing them to determine whether the claim or interest (1) is listed as disputed, contingent, unliquidated or (2) is listed in the correct amount or (3) is otherwise properly scheduled, that entity must file a proof of claim or interest on or before the Bar Date in order to be certain that it receives the treatment it asserts is correct.

IT IS FURTHER ORDERED AND NOTICE IS HEREBY GIVEN that Debtor's counsel shall, within three (3) business days of the date hereof, serve a copy of this Order and Notice, and official Form B-10, Proof of Claim on all Creditors and parties in interest identified on the Debtor's matrices and shall file a certificate of service with the Court evidencing such service.

**END OF ORDER**

## **Distribution List**

Philip L. Pleska
2550 Heritage Court, S.E. Suite 200
Atlanta, GA 30339

Lee R. Benton
Benton & Centeno, LLP
2019 3rd Avenue North
Birmingham, AL 35203

United States Trustee
David S. Weidenbaum
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30303