

**IT IS ORDERED as set forth below:**

**Date: June 25, 2014**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| WILLIAM C. MEREDITH COMPANY, INC., | CASE NO. 14-57671-BEM |
| Debtor. | CHAPTER 11 |

ORDER AND NOTICE FIXING TIME WITHIN WHICH
PROOFS OF CLAIM MUST BE FILED

Upon application by the debtor herein, and pursuant to Bankruptcy Rule 3003(c)(3), and it appearing that the debtor has filed a list of creditors and equity security holders pursuant to Bankruptcy Rule 1007, it is hereby

ORDERED AND NOTICE IS HEREBY GIVEN that the Court fixes **August 11, 2014** (the "Bar Date"), as the last day on which any entity, including without limitation, individuals, partnerships, corporations, estates, trustees and governmental units, may file a timely proof of claim or interest in this case. The term "claim", defined

in 11 U.S.C. §101(5), includes those secured by an interest in Debtor's property or property of the estate and may include claims arising from the rejection of an executory contract or unexpired lease.

PLEASE TAKE FURTHER NOTICE that any such proof of claim or interest shall be filed with:

>Clerk, U.S. Bankruptcy Court
>1340 U.S. Courthouse
>75 Spring Street, S.W.
>Atlanta, Georgia 30303-3367

A proof of claim will be deemed timely filed only if it is actually received by the Clerk's Office, whether in paper or electronic form, on or before the Bar Date. Any creditor or party-in-interest with questions concerning the Debtor's bankruptcy schedules and the classification of claims therein should contact their attorney.

PLEASE TAKE FURTHER NOTICE THAT ALL ENTITIES FAILING TO FILE A PROOF OF CLAIM OR INTEREST ON OR BEFORE THE BAR DATE MAY BE FOREVER BARRED FROM (A) ASSERTING A CLAIM AGAINST, OR INTEREST IN, THE DEBTOR, THE DEBTOR'S PROPERTY OR THE BANKRUPTCY ESTATE AND (B) VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY CONFIRMED PLAN OF REORGANIZATION, except that the following entities need not file a proof of claim or interest:

(1) Any entity that has already properly filed a proof of claim or interest with the Clerk of this Court; and

(2) Any entity with a claim or interest listed in Debtor's Schedules in an amount and in a classification satisfactory to that entity and not designated in the Schedules as disputed, contingent or unliquidated.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1111(a) of the Bankruptcy Code, 11 U.S.C. §1111(a), a proof of claim or interest is deemed filed for any claim that appears in the Debtor's Schedules, except any claim or interest that is scheduled as disputed, contingent or unliquidated as to amount. Debtor's Schedules may be examined during normal business hours at the office of the Clerk, U.S. Bankruptcy Court, whose address appears above. Debtor's Schedules may be found at http://pacer.psc.uscourts.gov/. An entity planning to rely on the Schedules is responsible for reviewing them to determine whether the claim or interest (1) is listed as disputed, contingent, unliquidated or (2) is listed in the correct amount or (3) is otherwise properly scheduled, that entity must file a proof of claim or interest on or before the Bar Date in order to be certain that it receives the treatment it asserts is correct.

IT IS FURTHER ORDERED AND NOTICE IS HEREBY GIVEN that Debtor's counsel shall, within three (3) business days of the date hereof, serve a copy of this Order and Notice, and official Form B-10, Proof of Claim on all Creditors and parties in interest identified on the Debtor's matrices and shall file a certificate of service with the Court evidencing such service.

**<u>END OF ORDER</u>**

3

## **Distribution List**

Philip L. Pleska
2550 Heritage Court, S.E. Suite 200
Atlanta, GA 30339

Lee R. Benton
Benton & Centeno, LLP
2019 3rd Avenue North
Birmingham, AL 35203

United States Trustee
David S. Weidenbaum
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30303

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                        Case No. 14-57671-bem
William C. Meredith Company, Inc.                                             Chapter 11
     Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: slaterc          Page 1 of 1          Date Rcvd: Jun 26, 2014
                               Form ID: pdf520     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2014.
```
db         +William C. Meredith Company, Inc.,   PO Box 90730,   East Point, GA 30364-0730
aty        +Jamie Alisa Tharp Wilson,   Benton & Centeno, LLP,   2019 3rd Avenue North,
             Birmingham, AL 35203-3301
aty        +Lee Rimes Benton,    Benton & Centeno, LLP,   2019 3rd Avenue North,   Birmingham, AL 35203-3301
aty        +Samuel Carlton Stephens,    Benton & Centeno, LLP,   2019 3rd Avenue North,
             Birmingham, AL 35203-3301
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         +E-mail/Text: phil@pleska.com Jun 26 2014 20:06:45      Philip L. Pleska,   Philip L. Pleska,
              Suite 200,   2550 Heritage Court, SE,   Atlanta, GA 30339-3062
ust         +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jun 26 2014 20:07:38
              Office of the United States Trustee,   362 Richard Russell Building,   75 Spring Street, SW,
              Atlanta, GA 30303-3315
```
                                                                                                                                                TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2014                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2014 at the address(es) listed below:
              David S. Weidenbaum    on behalf of U.S. Trustee    Office of the United States Trustee
               david.s.weidenbaum@usdoj.gov
              John A. Medina    on behalf of Creditor Michelle    Thompson jmedina@ksmlawyer.com
              Lee Rimes Benton    on behalf of Debtor    William C. Meredith Company, Inc. lbenton@bcattys.com,
               kmartin@bcattys.com;jwilson@bcattys.com;sstephens@bcattys.com;swilson@bcattys.com
              Lee Rimes Benton    on behalf of Plaintiff    William C. Meredith Company, Inc. lbenton@bcattys.com,
               kmartin@bcattys.com;jwilson@bcattys.com;sstephens@bcattys.com;swilson@bcattys.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Philip L. Pleska    on behalf of Debtor    William C. Meredith Company, Inc. phil@pleska.com
              Philip L. Pleska    on behalf of Plaintiff    William C. Meredith Company, Inc. phil@pleska.com
                                                                                             TOTAL: 7
```