IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| William C. Meredith Company, Inc., ) | |
| ) | BANKRUPTCY CASE 14-57671 |
| Debtor. ) | |
| ) | |

PURSUANT TO BLR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN TWENTY-ONE (21) DAYS OF SERVICE. RESPONSES MUST BE FILED AND SERVED UPON THE MOVING PARTY WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OF BANKRUPTCY COURT, 75 SPRING STREET, SW, ATLANTA, GA 30303. IF NO OBJECTION IS FILED THE COURT MAY GRANT THE MOTION WITHOUT FURTHER NOTICE.

## THIRD AMENDED NOTICE OF HEARING

Please take NOTICE that William C. Meredith Company, Inc., Debtor and Debtor-in-Possession has filed the following motion:

a. Amended Motion for Order Approving Debtor's Adequate Assurance of Post-petition Payments to Utility Companies (Doc____);

The Debtor's Motion is available for inspection at the office of the Clerk of the United States Bankruptcy Court located at 75 Spring Street, SW, Atlanta, GA 30303 during the hours of 8:00 a.m. and 4:00 p.m, and a copy has been served upon all interested utilities, the United States Trustee, and the Creditor Matrix. Any objection to the Motion shall be set forth in writing, stating the grounds for the objection, and should be filed with the Clerk of the United States Bankruptcy Court, 75 Spring Street, SW, Atlanta, GA 30303 with a copy served upon Counsel for the Debtor/Movant and the affected parties within 21 days after receipt of this notice.

Page 2

Your rights may be affected by the Court's ruling on these pleadings. You should read the Motion carefully and discuss it with your attorney, (if you do not have an attorney, you may wish to consult one). If you do not want the Court to grant the relief sought in this Motion, or if you want the Court to consider your views, then you or your attorney must file a response in writing or the Motion may be considered without your objection. In the event you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.

The address of the Clerks office is Clerk of the U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, SW, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated this the ___7___ day of July, 2014.

/s/ Lee R. Benton
LEE R. BENTON (ASB 8421-E63L)
(Admitted Pro Hac Vice)
Counsel for Debtor

OF COUNSEL:
BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
Telephone: (205) 278-8000
Facsimile: (205) 278-3492
E-mail: lbenton@bcattys.com

Case 14-57671-bem   Doc 84-1   Filed 07/07/14   Entered 07/07/14 13:06:42   Desc Exhibit Notice of Hearing (Negative Notice)   Page 3 of 3

Page 3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically filed with the Court and served upon the below-listed persons/entities by electronic notice generated via the Court's ECF system and first class mail, and to persons/entities listed on the attached Matrix, by depositing a copy of same in the United States mail, properly addressed, first-class postage prepaid, on this __7__ day of July, 2014.

John A. Medina
Kenney & Medina, P.C.
3302 McGinnis Ferry Road, Suite 100
Suwanee, Georgia 30024

Phil Pleska
Pleska Law Group LLC
2550 Heritage Court, SE, Ste 200
Atlanta, Georgia 30339

United States Trustee
David S. Weidenbaum
362 Richard Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303

Airgas USA, LLC
c/o Corporation Process Company, Registered Agent
2180 Satellite Boulevard, Suite 400
Duluth, GA 30097

AT&T Mobility
CT Corporation System, Registered Agent
1201 Peachtree Street, NE
Atlanta, Georgia 30361

Verizon Wireless
CT Corporation System, Registered Agent
1201 Peachtree Street, NE
Atlanta, Georgia 30361

CBeyond Communications
Corporation Service Company, Registered Agent
40 Technology Parkway South Ste. 300
Norcross, Georgia 30092

City of East Point
Ellis E. Mitchell - City Manager
2777 East Point Street
East Point, Georgia 30344

DS Services of America, Inc
Corporation Service Company
40 Technology Parkway South Suite 300
Norcross, Georgia 30092

IPCS
c/o Barry O. Richardson, registered agent
160 Stewart Parkway
Greensboro, Georgia 30642

Watermen, Inc.
James Pinkerton Registered Agent
4928 Day Lily Way NW
Acworth, GA 30102

Fireside Natural Gas, LLC
Michael Davis, Registered Agent
2655 Dallas Highway, Ste. 250
Marietta Georgia 30064

*Creditor Matrix (attached)

_____
LEE R. BENTON